# Third District Court of Appeal

## State of Florida

Opinion filed May 8, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-1554
Lower Tribunal No. 23-14785
_____

**José Yeyille,**
Appellant,

vs.

**Arturo Pena, RN, RT,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Peter R. Lopez, Judge.

José Yeyille, for appellant.

Falk, Waas, Hernandez, Solomon, Mendlestein & Davis, P.A., and Glenn P. Falk and Jessica M. Hernandez, for appellee.

Before SCALES, MILLER and LOBREE, JJ.

PER CURIAM.

Affirmed.